1. Your Name: Jesus Christ (Michelle Yvonne Wood)
2. Address: 729 Jones St #308, SF, CA 94109
3. Phone Number: (415)335-0161
4. Fax Number:
5. E-mail Address:
6. Pro Se Plaintiff

**FILED**
SEP 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TSH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 21 7140

Jesus Christ
(Michelle Yvonne Wood)
    Plaintiff,
vs.
Donald John Trump

    Defendant.

Case Number: [leave blank]

**COMPLAINT**
Violation of the U.S. Constitution and Endangerment of the America People

**DEMAND FOR JURY TRIAL**
Yes ☑ No ☐

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Jesus Christ (Michelle Yvonne Wood)
Address: 729 Jones St #308, SF, CA 94109
Telephone: (415)335-0161

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: Donald John Trump

Address: 1160 S. Ocean Blvd., Maralago, Palm Beach, Florida 33480

Telephone: (917) 756-8000

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] United States Constitution _____

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

   [X] a substantial part of the events I am suing about happened in this district.

   [ ] a substantial part of the property I am suing about is located in this district.

   [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   [ ] at least one defendant is located in this District and any other defendants are located in California.

The entire United States of America were effected by Mr. Trump's crime.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in _____ County, it should be assigned to the _____ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

Donald John Trump violated the United States Constitution by changing a law, the National Environmental Policy Act, without the power to do so. He did so on three counts: ① He denied the American people their first amendment right ② He denied Congress its power to make laws

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

(3) He endangered the American people with global warming.

//
//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

-5-

## CLAIMS

### First Claim

(Name the law or right violated: United States Constitution Article I, Amendment Article III, or Preamble)
(Name the defendants who violated it: Donald John Trump)

[Explain briefly here *what* the law is, *what each* defendant did to violate it, and *how* you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

U.S. Constitution - Mr. Trump denied the American people their First Amendment right when he put restrictions on the National Environmental Policy Act. The law was designed to ensure that infrastructure projects, such as highways, airports, pipelines, and factories, do not harm the environment. The public had the right to give input in the decision-making process of government agencies as to the impact of a proposed action should it be implemented. Mr. Trump did everything possible to stop the people from participating in the process.

Then, by changing the NEPA, Mr. Trump, essentially attempted to overthrow the United States government. Presidents have no power to change laws. When Mr. Trump did change the NEPA, he dissolved the U.S. government because all legislative powers belong to Congress, not the president.

Kindly, Mr. Trump betrayed the intention of the constitution's preamble which strives to promote the general welfare of the American people. Clearly, the NEPA's intent to inhibit global warming is an attempt to promote the general welfare of the country. Mr. Trump made it almost impossible for gov't agencies to consider global warming as a possible impact of the proposals considered by the government agencies.

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

- 6 -

_____ **Claim**

(Name the law or right violated: _____)

(Name the defendants who violated it: _____)

COMPLAINT
PAGE \_\_\_ OF \_\_\_  *[JDC TEMPLATE – 05/17]*

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Please restrict Mr. Trump from organizing other people to perpetrate destructive behaviors such as denying people their freedom of speech (contesting the voting process and gerrymandering, for example), sabotaging and attempts to overthrow the government (his assault against the Capitol) and the building of infrastructure that damages the environment.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 9/9/21    Sign Name: Michelle Yvonne Wood
                Print Name: Michelle Yvonne Wood
                            (Jesus Christ)

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it where you need additional space.]*

I will need to have to following people sopoened for the trial:
Nancy Pelosi - 1236 Longworth H.O.B, Washington, DC 20515
Officer John Vonteau - He can be reached through Central Police Station, 766 Vallejo St, 94133. His phone number is (415) 273-9515
Gerry Dee - third floor psychologist at Saint Francis Hospital, 900 Hyde St., SF, CA 94109
Bruce (custodian for the third floor of Saint Francis Hospital), 900 Hyde St, SF CA 94109

Also, please have Mr. Trump put on a 5250 psychiatric hold at Saint Francis Hospital because he is suicidal. I want him to be in good psychological shape when I prosecute him in court. I am extremely concerned about his mental condition, paranoid schizophrenia. I do not in any way want to make it worse. Make you (or you considered) at Our Father mercy toward Mr. Trump.

Would it be possible for me to go to dialysis on Tuesdays during the trial? I would be so grateful if I could.
Thank you.