UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHRIST,<br><br>   Plaintiff,<br><br>  v.<br><br>DONALD JOHN TRUMP,<br><br>   Defendant. | 21-cv-07140-VC<br><br>**JUDGMENT** |

  The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

  **IT IS SO ORDERED.**

Dated: October 4, 2021

_____
VINCE CHHABRIA
United States District Judge